# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Case No. 20-00962-tjc |
| **DOUGLAS S. FULLERTON,** | Chapter 12 |
| Debtor and Debtor in Possession. | Hon. Thad J. Collins |
| **LINCOLN SAVINGS BANK,** | Adversary Proceeding No. 20-09054 |
| Plaintiff, | |
| v. | **MOTION TO RESET SCHEDULING CONFERENCE** |
| **DOUGLAS S. FULLERTON,** | |
| Defendant. | |

Douglas S. Fullerton, debtor and debtor in possession in the above-referenced Chapter 12 bankruptcy case and defendant in the above-referenced adversary proceeding ("Fullerton"), asks this court to enter an order resetting, for a different date, the scheduling conference currently set for January 15, 2021 at 11:00 a.m. In support of this motion, Fullerton alleges his attorney will be in trail in Lincoln, Nebraska, on that date and at that time and, consequently, will not be available to attend that conference. The undersigned attorney for Fullerton has been authorized to represent to the court counsel for the plaintiff has no objection to the relief sought by this motion.

**WHEREFORE**, Fullerton asks this court to enter an order resetting, for a different date, the scheduling conference in this adversary proceeding. Fullerton asks for any additional or different relief this court deems appropriate.

/s/ Vincent R. Ledlow
Vincent R. Ledlow, Esq.
Iowa Bar #AT0013348
Ag & Business Legal Strategies
P.O. Box 11425

1

Cedar Rapids, Iowa 52410-1425
(515) 346-7171 (direct dial)
(319) 200-2059 (fax)
vincent@ablsonline.com
*Counsel for Douglas S. Fullerton,*
*Debtor/Debtor in Possession and Defendant*

## CERTIFICATE OF SERVICE

I certify that, upon its filing, this motion was served, via the court's CM/ECF system, on the individuals or entities whose names and email addresses are set forth below.

Abram V. Carls
acarls@SPMBLAW.com
tchristophel@SPMBLAW.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

/s/ Vincent R. Ledlow
Of Counsel